**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL ENGEL,

        Plaintiff,

   v.

SERONO INTERNATIONAL,

        Defendant.

_____/

No. 07-00117 CW

ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE

Pursuant to Plaintiffs' Preliminary Fed. R. Civ. P. Rule 26(f) Statement,

IT IS HEREBY ORDERED that the Case Management Conference, previously set for April 13, 2007, is continued to **June 5, 2007, at 2:00 p.m.**   The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 26 accordingly.

Plaintiffs shall immediately serve a copy of this Order on all parties to this action.

4/9/07

Dated _____

_____
CLAUDIA WILKEN
United States District Judge