Steven G. Zieff (SBN 84222)
David A. Lowe (SBN 178811)
Kenneth J. Sugarman (SBN 195059)
John T. Mullan (SBN 221149)
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:   (415) 434 0513
sgz@rezlaw.com
dal@rezlaw.com
kjs@rezlaw.com
jtm@rezlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| PAUL ENGEL, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br>v.<br><br>EMD SERONO, INC.<br><br>             Defendant. | Case No. CV 07-00117-CW<br><br>**REPLY DECLARATION OF JOHN T. MULLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER: (1) FINALLY APPROVING CLASS ACTION SETTLEMENT AND PLAN OF DISTRIBUTION; (2) ENTERING FINAL JUDGMENT; (3) APPROVING SERVICE PAYMENT TO NAMED PLAINTIFF PAUL ENGEL; (4) APPROVING THE PAYMENT OF REASONABLE COSTS OF ADMINISTRATION; AND (5) RESERVING JURISDICTION; AND IN SUPPORT OF CLASS COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**<br><br>Hearing Date:   May 8, 2008<br>Hearing Time:   2:00 p.m.<br>Court             Courtroom 2, 4th Floor<br>Judge:            Hon. Claudia Wilken |

DECLARATION OF JOHN T. MULLAN IN SUPPORT OF MOTIONS FOR FINAL APPROVAL AND ATTORNEYS' FEES

CASE NO. CV 07-00117-CW

I, John T. Mullan hereby declare that:

1. I am a member in good standing of the State Bar of California and an attorney at Rudy, Exelrod & Zieff, LLP, co-counsel for Plaintiffs herein. I make this declaration of personal knowledge and if called as a witness could and would testify competently to the facts stated herein.

2. This Reply Declaration is submitted in support of Plaintiffs' Motion For Order: (1) Finally Approving Class Action Settlement And Plan Of Distribution; (2) Entering Final Judgment; (3) Approving Service Payments To Named Plaintiff; (4) Approving the Payment Of Reasonable Costs of Administration; and (5) Reserving Jurisdiction; and in support of Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Costs and Expenses.

3. Putative class members had until March 10, 2008 to opt-out of this action, and class members had until April 23, 2008 to file objections to the proposed settlement. As of the date of this declaration, Class Counsel has received no objections to the settlement agreement --- including any objections to Class Counsel's request for attorneys' fees or reimbursement of costs and expenses --- and no-one has opted out of the settlement.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of April, 2008 at San Francisco, California.

                                                    /s/ *John T. Mullan*
                                                  JOHN T. MULLAN