Paul J. Hall (State Bar No. 66084)
Sarah M. Wells (State Bar No. 238417)
Krista P. Bell (State Bar No. 245884)
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
EMD SERONO, INC.

Steve G. Zieff (State Bar No. 84222)
David A. Lowe (State Bar No. 178811)
Kenneth J. Sugarman (State Bar No. 195059)
John T. Mullan (State Bar No. 221149)
RUDY, EXELROD & ZIEFF, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Fax:  (415) 434-0513

Attorneys for Plaintiff
PAUL ENGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ENGEL, on behalf of himself and others similarly situated,<br><br>                              Plaintiff,<br><br>     vs.<br><br>EMD SERONO, INC.,,<br><br>                              Defendant. | No. C 07 0117 CW<br><br>**STIPULATION AND ORDER TO (1) CORRECT SUBCLASS B DESIGNATION, AND (2) CLARIFY PAYMENT MECHANISM IN STIPULATION OF SETTLEMENT AND IN FINAL APPROVAL ORDER** |

It is hereby stipulated by and between Plaintiff Paul Engel and the Class he represents, and Defendant EMD Serono, Inc., by and through their counsel of record, and subject to the approval of this Court, that:

WHEREAS the Court granted final approval of the parties' Stipulation of Settlement and Release ("Stipulation of Settlement") by its May 8, 2008 Order: (1) Finally Approving Class Action

1   Settlement And Plan Of Distribution; (2) Entering Final Judgment; (3) Approving Service Payment
2   To Named Plaintiff Paul Engel; (4) Approving The Payment Of Reasonable Costs Of Administration;
3   And (5) Reserving Jurisdiction (the "Final Approval Order");
4   WHEREAS the Final Approval Order, paragraph 14, reserved to the Court continuing
5   jurisdiction over the settlement administration in this action;
6   WHEREAS during the course of the settlement administration the parties have noted the need
7   to (1) add one person to Subclass B, and (2) also clarify the payment mechanism in paragraphs 2 and
8   3 of the Stipulation of Settlement and Release to improve efficiency and conform to more common
9   settlement administration practice in the manner originally contemplated by the Settlement
10  Administrator;
11  WHEREAS Mr. Phineas Leevy was and is employed by EMD Serono as a Key Account
12  Manager ("KAM") and was eligible to be a member of the Class in this action;
13  WHEREAS Mr. Leevy was employed by EMD Serono as a KAM outside California before
14  April 16, 2007 and thereafter employed by it as a KAM resident in California;
15  WHEREAS Mr. Leevy was mailed the Notice Of Collective Action Lawsuit ("Class Notice")
16  to his current California address, but Mr. Leevy did not opt-in and did not become a member of
17  Subclass A (the "FLSA Collective Action Class");
18  WHEREAS the Stipulation of Settlement contained a list of members of Subclass B (the
19  "California Class") that did not include Mr. Leevy;
20  WHEREAS Subclass B is an opt-out class pursuant to Rule 23, F.R.Civ.P.;
21  WHEREAS following the entry of the Final Approval Order the parties recently discovered
22  that through clerical oversight Mr. Leevy was not included on the list of members of Subclass B;
23  WHEREAS, with the consent of Class Counsel, Mr. Leevy has had the facts stated above
24  explained to him by the in-house counsel for EMD Serono orally and in writing; has received the
25  Notice Of Class Action And Collective Action Settlement And Release ("Notice of Settlement"); has
26  had the opportunity to consult with Class Counsel; and has informed counsel for the parties in writing
27  (attached hereto as Exhibit A) that he wishes to receive the benefits of the Settlement and does not
28  wish to opt-out of the Class nor object to the Settlement;

WHEREAS the parties agree that Mr. Leevy should be included within Subclass B in the Stipulation of Settlement and receive the benefits of the Settlement;

WHEREAS the parties have agreed that, subject to the approval of this Court, EMD Serono will add to the $1,700,000.00 Settlement Payment the sum of $8,622.19 and that, pursuant to the formula stated in the Stipulation of Settlement, Mr. Leevy's share of the new total Settlement Payment of $1,708,622.19 is $8,622.19, such that Mr. Leevy receives his allocable share of the Settlement and no other Class member's share is reduced;

WHEREAS EMD Serono shall bear any additional settlement administration costs, if any, of the recalculation stated above;

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

1. Mr. Phineas Leevy shall be included within Subclass B in the Stipulation of Settlement and receive the benefits of the Settlement; and

2. EMD Serono shall add to the $1,700,000.00 Settlement Payment the sum of $8,622.19, for a new total Settlement Payment of $1,708,622.19; and, pursuant to the formula stated in the Stipulation of Settlement, Mr. Leevy's share of the total Settlement Payment of $1,708,622.19 is $8,622.19; and

3. EMD Serono shall bear any additional settlement administration costs, if any, of the recalculation stated above; and

4. Mr. Phineas Leevy shall be made a member of Subclass B subject to all the terms and conditions of the Stipulation of Settlement and the Final Approval Order.

5. In order to provide for the Settlement Administrator rather than EMD Serono to make all required tax withholding payments to governmental authorities from the Net Settlement Fund (which payments are already agreed to be deducted from the Net Settlement Fund), Paragraphs 2 and 3 of the Stipulation of Settlement and Release shall be revised as follows:

In Paragraph 2, at pages 9-10, sixth bulleted subparagraph: delete existing text and replace with "Within twenty (20) days following the Court's entry of the [Proposed] Order to (1) Correct Subclass B Designation and (2) Clarify Payment Mechanism In Stipulation Of Settlement And Final

1  Approval Order, EMD Serono shall pay the Settlement Payment to the Settlement Administrator in
2  immediately available funds."
3      In Paragraph 2, at page 10, seventh bulleted subparagraph, fifth line: following "Class
4  members" insert ", and shall pay to the appropriate governmental entities the employee's and
5  employer's share of any required payroll withholding payments".
6      In paragraph 3 at page 11, delete the third sentence (beginning "EMD Serono" and ending
7  "Settlement Payment.").

8  DATED: July 16, 2008                          NIXON PEABODY LLP

By:     /s/
      Paul J. Hall

Attorneys for Defendant
EMD SERONO, INC.

DATED: July ___, 2008                       RUDY AXELROD & ZIEFF, LLP

By:     /s/
      David A. Lowe

Attorneys for Plaintiff
PAUL ENGEL and the Class he represents

-4-

**STIPULATION AND [PROPOSED] ORDER**                                                11062335.3
**CASE NO. C 07 0117 CW**

# ORDER

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Mr. Phineas Leevy shall be included within Subclass B in the Stipulation of Settlement and receive the benefits of the Settlement; and

2. EMD Serono shall add to the $1,700,000.00 Settlement Payment the sum of $8,622.19, for a new total Settlement Payment of $1,708,622.19; and, pursuant to the formula stated in the Stipulation of Settlement, Mr. Leevy's share of the total Settlement Payment of $1,708,622.19 is $8,622.19; and

3. EMD Serono shall bear any additional settlement administration costs, if any, of the recalculation stated above; and

4. Mr. Phineas Leevy shall be and hereby is made a member of Subclass B subject to all the terms and conditions of the Stipulation of Settlement and the Final Approval Order.

5. In order to provide for the Settlement Administrator rather than EMD Serono to make all required tax withholding payments to governmental authorities from the Net Settlement Fund (which payments are already agreed to be deducted from the Net Settlement Fund), Paragraphs 2 and 3 of the Stipulation of Settlement and Release shall be revised as follows:

In Paragraph 2, at pages 9-10, sixth bulleted subparagraph: delete existing text and replace with "Within twenty (20) days following the Court's entry of the [Proposed] Order to (1) Correct Subclass B Designation and (2) Clarify Payment Mechanism In Stipulation Of Settlement And Final Approval Order, EMD Serono shall pay the Settlement Payment to the Settlement Administrator in immediately available funds."

In Paragraph 2, at page 10, seventh bulleted subparagraph, fifth line: following "Class members" insert ", and shall pay to the appropriate governmental entities the employee's and employer's share of any required payroll withholding payments".

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. C 07 0117 CW**

11062335.3

1
2      In paragraph 3 at page 11, delete the third sentence (beginning "EMD Serono" and ending
3  "Settlement Payment.").
4
5  Dated: **7/30/08**
6                                                    Honorable Claudia Wilken
7                                                    United States District Judge

-6-

**STIPULATION AND [PROPOSED] ORDER**                                              11062335.3
**CASE NO. C 07 0117 CW**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. C 07 0117 CW**

11062335.3