1    Paul J. Hall (State Bar No. 66084)
     Sarah M. Wells (State Bar No. 238417)
2    Krista P. Bell (State Bar No. 245884)
     NIXON PEABODY LLP
3    One Embarcadero Center, 18th Floor
     San Francisco, California 94111-3600
4    Telephone: (415) 984-8200
     Fax:  (415) 984-8300
5
     Attorneys for Defendant
6    EMD SERONO, INC.

7    Steve G. Zieff (State Bar No. 84222)
     David A. Lowe (State Bar No. 178811)
8    Kenneth J. Sugarman (State Bar No. 195059)
     John T. Mullan (State Bar No. 221149)
9    RUDY, EXELROD & ZIEFF, LLP
     351 California Street, Suite 700
10   San Francisco, CA  94104
     Telephone:  (415) 434-9800
11   Fax:  (415) 434-0513

12   Attorneys for Plaintiff
     PAUL ENGEL
13

14

15                        UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17

18   PAUL ENGEL, on behalf of himself and others        No. C 07 0117 CW
     similarly situated,
19                                                       **ORDER GRANTING STIPULATION TO
                          Plaintiff,                     CORRECT SUBCLASS B DESIGNATION**
20
           vs.
21
     EMD SERONO, INC.,,
22
                          Defendant.
23

24        It is hereby stipulated by and between Plaintiff Paul Engel and the Class he represents, and

25   Defendant EMD Serono, Inc., by and through their counsel of record, and subject to the approval of

26   this Court, that:

27        WHEREAS the Court granted final approval of the parties' Stipulation of Settlement and

28   Release ("Stipulation of Settlement") by its May 8, 2008 Order: (1) Finally Approving Class Action

1   Settlement And Plan Of Distribution; (2) Entering Final Judgment; (3) Approving Service Payment

2   To Named Plaintiff Paul Engel; (4) Approving The Payment Of Reasonable Costs Of Administration;

3   And (5) Reserving Jurisdiction (the "Final Approval Order");

4        WHEREAS the Final Approval Order, paragraph 14, reserved to the Court continuing

5   jurisdiction over the settlement administration in this action;

6        WHEREAS on July 30, 2008, the Court previously signed a similar Stipulation and Order to

7   Correct Subclass B Designation in Final Approval Order to include Mr. Phineas Leevy as a member

8   of Subclass B, entitled to receive the benefits of the Settlement and subject to all the terms and

9   conditions of the Stipulation of Settlement and the Final Approval Order;

10        WHEREAS during the course of the settlement administration the parties have noted the need

11   to add three additional persons to Subclass B ("the California Class");

12        WHEREAS Ms. Gina Guinasso formerly was employed by EMD Serono as a Key Account

13   Manager ("KAM") and in that capacity was eligible to be a member of the Class in this action;

14        WHEREAS Ms. Guinasso was employed by EMD Serono as a KAM resident in California

15   from the beginning of the Class period on January 8, 2003 until May 1, 2005 and thereafter was

16   employed by it in a different capacity in Washington state;

17        WHEREAS EMD Serono recently discovered that, through clerical oversight, Ms. Guinasso

18   was not included on the list of Subclass B members that received the Notice Of Collective Action

19   Lawsuit ("Class Notice"), and Ms. Guinasso did not opt-in and did not become a member of Subclass

20   A (the "FLSA Collective Action Class");

21        WHEREAS Subclass A is an opt-in class pursuant to the FLSA, whereas Subclass B is an

22   opt-out class pursuant to Rule 23, F.R.Civ.P.;

23        WHEREAS the Stipulation of Settlement contained a list of members of Subclass B (the

24   "California Class") that that should have but did not include Ms. Guinasso;

25        WHEREAS Ms. Guinasso is represented by the Class Counsel;

26        WHEREAS the parties agree that Ms. Guinasso should be included within Subclass B in the

27   Stipulation of Settlement and receive the benefits of the Settlement, and she does not wish to opt-out

28   of the Class nor object to the Settlement;

-2-

1

2      WHEREAS Ms. Mariah Martin was and is employed by EMD Serono as a KAM;

3      WHEREAS Ms. Martin was first employed by EMD Serono as a KAM resident in California

4  on December 5, 2007 and between then and the end of the Class period on March 10, 2008;

5      WHEREAS Ms. Martin was first employed by EMD Serono as a KAM resident in California

6  after the settlement of this case on October 10, 2007 and did not originally receive notice of the

7  Action;

8      WHEREAS Ms. Martin contacted in-house counsel for EMD Serono and inquired concerning

9  whether she was in the Settlement Class and could be eligible for a settlement payment;

10      WHEREAS as a matter of business judgment, and without admitting any liability, EMD

11  Serono would like to include Ms. Martin in the Settlement, and the parties agree that she should be

12  included in the Settlement;

13      WHEREAS, with the consent of Class Counsel, Ms. Martin has had the facts stated above

14  explained to her by the in-house counsel for EMD Serono orally and in writing; has received the

15  Notice Of Class Action And Collective Action Settlement And Release ("Notice of Settlement"); has

16  had the opportunity to consult with Class Counsel; and has informed counsel for the parties in writing

17  (attached hereto as Exhibit A) that she wishes to receive the benefits of the Settlement and does not

18  wish to opt-out of the Class nor object to the Settlement;

19      WHEREAS the parties agree that Ms. Martin should be included within Subclass B in the

20  Stipulation of Settlement and receive the benefits of the Settlement;

21      WHEREAS Mr. William O'Kane was and is employed by EMD Serono as a KAM;

22      WHEREAS Mr. O'Kane was first employed by EMD Serono as a KAM resident in California

23  on January 21, 2008 and from then until the March 10, 2008 end of the Class period;

24      WHEREAS Mr. O'Kane was employed by EMD Serono as a KAM resident in California

25  after the settlement of this case on October 10, 2007 and after the submission of Plaintiff's Notice of

26  Motion and Motion for Order: (1) Provisionally Certifying Settlement Class; (2) Preliminarily

27  Approving Class Action Settlement and Plan of Distribution; (3) Directing Distribution of Notice of

28  the Settlement; and (4) Setting a Schedule for the Final Settlement Approval Process on December

-3-

**STIPULATION AND [PROPOSED] ORDER**                                                              11221541.3
**CASE NO. C 07 0117 CW**

1    19, 2007, and he did not originally receive notice of this Action;

2         WHEREAS during the course of investigating the circumstances of Ms. Guinasso and Ms.

3    Martin, EMD Serono discovered that Mr. O'Kane was employed by EMD Serono after the

4    Settlement of this case on October 10, 2007;

5         WHEREAS as a matter of business judgment, and without admitting any liability, EMD

6    Serono would like to include Mr. O'Kane in the Settlement, and the parties agree that he should be

7    included in the Settlement;

8         WHEREAS, with the consent of Class Counsel, Mr. O'Kane has had the facts stated above

9    explained to him by the in-house counsel for EMD Serono orally and in writing; has received the

10   Notice Of Class Action And Collective Action Settlement And Release ("Notice of Settlement"); has

11   had the opportunity to consult with Class Counsel; and has informed counsel for the parties in writing

12   (attached hereto as Exhibit B) that he wishes to receive the benefits of the Settlement and does not

13   wish to opt-out of the Class nor object to the Settlement;

14        WHEREAS the parties agree that Mr. O'Kane should be included within Subclass B in the

15   Stipulation of Settlement and receive the benefits of the Settlement;

16        WHEREAS the parties agree that Ms. Guinasso, Mr. O'Kane and Ms. Martin should each be

17   included within Subclass B in the Stipulation of Settlement and receive the benefits of the Settlement;

18        WHEREAS the parties have agreed that, subject to the approval of this Court, EMD Serono

19   will add to the prior $1,708,622.19 Settlement Payment the sum of $ 31,426.70 and that, pursuant to

20   the formula stated in the Stipulation of Settlement, Ms. Guinasso's share of the new total Settlement

21   Payment of $1,740,048.89 is $28,805.22; Mr. O'Kane's share of the new total Settlement Payment of

22   $1,740,048.89 is $822.93; and Ms. Martin's share of the new total Settlement Payment of

23   $1,740,048.89 is $1,798.55; such that Ms. Guinasso, Mr. O'Kane, and Ms. Martin each receives his

24   or her allocable share of the Settlement as if they originally had been included in the Settlement, and

25   no other Class member's share is reduced; and from which amounts the Settlement Administrator

26   shall pay to the appropriate governmental entities the employees' and employer's share of any payroll

27   withholding payments as required by law pursuant to paragraph 2 of the Stipulation of Settlement;

28        WHEREAS EMD Serono shall bear any additional settlement administration costs, if any, of

-4-

1   the recalculations stated above;

2   NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court,

3   that:

4   1.  Ms. Gina Guinasso, Mr. William O'Kane, and Ms. Mariah Martin each shall be included

5   within Subclass B in the Stipulation of Settlement and receive the benefits of the Settlement; and

6   2.  EMD Serono shall add to the $1,708,622.19 Settlement Payment the sum of $31,426.70,

7   for a new total Settlement Payment of $1,740,048.89; and, pursuant to the formula stated in the

8   Stipulation of Settlement, Ms. Guinasso's share of the new total Settlement Payment of

9   $1,740,048.89 is $28,805.22, Mr. O'Kane's share of the new total Settlement Payment of

10  $1,740,048.89 is $822.93; and Ms. Martin's share of the new total Settlement Payment of

11  $1,740,048.89 is $ 1,798.55; from which amounts the Settlement Administrator shall pay to the

12  appropriate governmental entities the employees' and employer's share of any payroll withholding

13  payments as required by law pursuant to paragraph 2 of the Stipulation of Settlement; and

14  3.  EMD Serono shall bear any additional settlement administration costs, if any, of the

15  recalculation stated above; and

16  4.  Ms. Gina Guinasso, Mr. William O'Kane, and Ms. Mariah Martin each shall be made a

17  member of Subclass B subject to all the terms and conditions of the Stipulation of Settlement and the

18  Final Approval Order.

19

20  DATED: February 25, 2009                         NIXON PEABODY LLP

21

22                                                  By:  _____/s/_____
23                                                       Paul J. Hall

24                                                       Attorneys for Defendant
                                                         EMD SERONO, INC.
25

26

27

28

-5-

1

2

3     DATED: February 25, 2009                              RUDY AXELROD & ZIEFF, LLP

4
                                                            By:  _____/s/_____
5                                                                John T. Mullan

6                                                                Attorneys for Plaintiff
                                                                 PAUL ENGEL and the Class he represents
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

**STIPULATION AND [PROPOSED] ORDER**                                              11221541.3
**CASE NO. C 07 0117 CW**

1

**ORDER**

2        Based upon the foregoing Stipulation of the Parties, and good cause appearing therefor,

3    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

4        1. Ms. Gina Guinasso, Mr. William O'Kane, and Ms. Mariah Martin each shall be, and they

5    hereby are, included within Subclass B in the Stipulation of Settlement and shall receive the benefits

6    of the Settlement; and

7        2.  EMD Serono shall add to the $1,708,622.19 Settlement Payment the sum of $31,426.70,

8    for a new total Settlement Payment of $1,740,048.89; and, pursuant to the formula stated in the

9    Stipulation of Settlement, Ms. Guinasso's share of the new total Settlement Payment of

10    $1,740,048.89 is $28,805.22, Mr. O'Kane's share of the new total Settlement Payment of

11    $1,740,048.89 is $822.93; and Ms. Martin's share of the new total Settlement Payment of

12    $1,740,048.89 is $ 1,798.55; from which amounts the Settlement Administrator shall make any

13    required payroll withholding payments as required by law pursuant to paragraph 2 of the Stipulation

14    of Settlement; and

15        3.  EMD Serono shall bear any additional settlement administration costs, if any, of the

16    recalculation stated above; and

17        4.  Ms. Gina Guinasso, Mr. William O'Kane, and Ms. Mariah Martin each shall be, and they

18    hereby are, made a member of Subclass B subject to all the terms and conditions of the Stipulation of

19    Settlement and the Final Approval Order.

20

21    Dated: <u>March 5, 2009</u>

22                                          Honorable Claudia Wilken
                                            United States District Judge

23

24

25

26

27

28

-7-

STIPULATION AND [PROPOSED] ORDER                                                    11221541.3
CASE NO. C 07 0117 CW